## Baird's Appeal.

Argued March 20, 1939. Before KEPHART, C. J., SCHAFFER, MAXEY, DREW, LINN, STERN and BARNES, JJ.

*Milford L. McBride,* for appellant.

*F. Harold Gates,* County Solicitor, for appellee.

PER CURIAM, May 8, 1939:
The decision of the Superior Court is affirmed on the opinion of Judge PARKER, reported at 132 Pa. Superior Ct. 573.
Order affirmed.